## Corporate Resolution

At a special meeting of the board of Directors and Shareholders of WEN-KEV MANAGEMENT, INC. held at the office of Kopelman & Kopelman LLP on November 25, 2013 it was unanimously

RESOLVED THAT THE CORPORATION FILE A PETITION UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODES and it was further

RESOLVED THAT KOPELMAN & KOPELMAN LLP BE RETAINED TO REPRESENT THE CORPORATION IN SAID CHAPTER 11 CASE.


Keith Rasquinha

_____
Administrator or Estate of Kevin Rasquinha and Wen-Kev Management Inc.

