**KOPELMAN & KOPELMAN LLP**
*A PARTNERSHIP FOR THE PRACTICE OF LAW*
55 MAIN STREET
HACKENSACK, NEW JERSEY 07601-7001
TELEPHONE (201) 489-5500
TELECOPIER (201) 489-7755
E-MAIL kopelaw@earthlink.net kopelaw@yahoo.com

MICHAEL S. KOPELMAN
   MEMBER NJ AND NY BARS
CAROL WEINFLASH KOPELMAN
   MEMBER NJ BAR

NEW YORK OFFICE
ONE PENN PLAZA, SUITE 2414
NEW YORK, NEW YORK 10119
(212) 629-0733

January 17, 2014

*VIA FIRST CLASS MAIL & E-MAIL*

In the matter of:
WEN-KEV MANAGEMENT, INC., *et al*.
CASE NO. 13-36463
Chapter 11 (Jointly Administered)

# Notice to Landlords

     I am the attorney for Wen-Kev Management Inc., et al., with respect to Chapter 11 cases filed in the U.S. Bankruptcy Court in the District of New Jersey. By now you should have received a filed copy of the *Certification of Jewel Nabi* in the Wen-Kev matter regarding proposed cure amounts and objection deadlines for the landlords. Another copy of same is attached hereto.

     Paragraph 12 of said certification states that a landlord who objects to assumption and assignment of the lease or to the proposed cure amount must file an objection by e-mail. Please be advised that an objection by e-mail to our office and others does not securely protect your rights and thus should be filed with the Bankruptcy Court by electronic filing or, subject to D.N.J. LBR 5005-1, physical filing with the Clerk of the U.S. Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, NJ 07102.

     Please note the deadline of February 1, 2014 for objections to assuming and assigning your lease to the highest bidder at the auction sale set for February 6, 2014 at 11:00 a.m. before Bankruptcy Judge Gambardella or the cure amount set forth for your location in Mr. Nabi's certification.

     Should you have any questions or wish to discuss this matter further please do not hesitate to contact me.

 Very truly yours,
KOPELMAN & KOPELMAN LLP
*/s/ Michael S. Kopelman*
Michael S. Kopelman
MSK/es