UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

KOPELMAN & KOPELMAN LLP
55 Main Street
Hackensack, New Jersey 07601
Tel: 201 489-5500
Fax: 201489-7755
Michael S. Kopelman, Esq. (MSK 6104)
Attorneys for Wen-Kev Management, et al.,

In Re:

WEN-KEV MANAGEMENT, INC., et al.,

**FILED**
**James J. Waldron, Clerk**

**JAN 31 2014**

U.S. Bankruptcy Court, Newark NJ
BY _____ Deputy

Case No.: _____ 13-36463 _____

Adv. No.: _____

Hearing Date: _____ February 5, 2014 _____

Judge: _____ RG _____

## ORDER SHORTENING TIME PERIOD
## FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
ORDERED.

1-31-14

USBJ

Upon consideration of the application of _____ Michael S. Kopelman, Esq. _____ for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1.    The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on _____ February 6, 2014 at 2:00 p.m. _____ is hereby shortened as set forth herein.

2.    Hearing shall be conducted on the aforesaid motion/application on _____ February 5 _____, 20 14 at 2:00 p .m. in the United States Bankruptcy Court _____ 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102 _____, Courtroom No. 3E .

3.    True copies of this order, the application for it, and the moving papers shall be served upon _____ South Cove Development LLC _____ by:

❏    fax,                    ☑    overnight mail,

☑    email,                  ❏    hand delivery,

❏    regular mail,

and within

❏ _____ day(s) of the date hereof, or

☑ on the same date as the order.

4.    Immediate telephone notice of entry of this order shall also be given to said parties.

5.     Any objections to said motion/application:

❏      shall be filed and served so as to be  received no later than _____

☑      may be presented at the hearing.

6.   ☑   Court appearances will be required to prosecute said motion/application and
any objections.

❏      Any objector may appear by telephone at the hearing.

❏      The hearing will be held by telephone conference call, to be arranged by the
applicant.

*rev.6/1/06.jml*